1  Marc D. Fink *pro hac vice* (ID Bar # 5367)
   Western Environmental Law Center
2  4515 Robinson St.
   Duluth, MN 55804
3  Tel:  (218) 525-3884
   Fax: (218) 525-3857
4
   Peter M.K. Frost *pro hac vice* (OR Bar # 91184)
5  Western Environmental Law Center
   1216 Lincoln St.
6  Eugene, OR 97401
   Tel:  (541) 485-2471
7  Fax: (541) 485-2457

8  Counsel for Plaintiffs

9  Roger Beers (CA Bar # 046524)
   Law Office of Roger Beers
10 2930 Lakeshore Ave., Suite 408
   Oakland, CA 94610
11 Tel: (510) 250-0429
   Fax: (510) 835-9849
12
   Local Counsel for Plaintiffs
13

14                **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                      **SAN FRANCISCO DIVISION**

16 CITIZENS FOR BETTER FORESTRY, THE           )
   ECOLOGY CENTER, GIFFORD PINCHOT TASK        )   Case No. C-01-0728-MJJ (EMC)
17 FORCE, KETTLE RANGE CONSERVATION            )
   GROUP, IDAHO SPORTING CONGRESS,             )
18 FRIENDS OF THE CLEARWATER, UTAH             )
   ENVIRONMENTAL CONGRESS, CASCADIA            )   PARTIES' STIPULATION RE: DATE
19 WILDLANDS PROJECT, KLAMATH SISKIYOU         )   AND TIME OF HEARING ON
   WILDLANDS CENTER, SOUTHERN                  )   PLAINTIFFS' MOTION FOR
20 APPALACHIAN BIODIVERSITY PROJECT,           )   ATTORNEYS' FEES AND COSTS,
   HEADWATERS, and THE LANDS COUNCIL,          )   and [~~PROPOSED~~] ORDER
21                                             )
            Plaintiffs,                        )
22                                             )
            v.                                 )
23                                             )
   UNITED STATES DEPARTMENT OF                 )
24 AGRICULTURE, and UNITED STATES FOREST       )
   SERVICE,                                    )
25                                             )
            Defendants.                        )
26 _____ )

27 1 - Stipulation and [Proposed] Order re: Hearing Date and Time - C-01-0728-MJJ (EMC)

1    The parties hereby agree and stipulate to the continuance of the previously-scheduled hearing

2    on Plaintiffs' motion for attorneys' fees and costs, and respectfully request that it be rescheduled and

3    heard by this Court on Wednesday, April 26, at 10:30 a.m.

4

5    Dated: March 14, 2006.                    /s/ Peter M.K. Frost
                                               Peter M.K. Frost
6                                              Of Attorneys for Plaintiffs

7
                                               /s/ Andrew A. Smith
8                                              Andrew A. Smith
                                               Of Attorneys for Federal Defendants
9

10   PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

11

12

13   Dated: March _15 2006.                    _____

14                                             Edward M.
                                               United State

15                                                          IT IS SO ORDERED

16                                                          Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27   2 - Stipulation and [Proposed] Order re: Hearing Date and Time - C-01-0728-MJJ (EMC)

1   Certificate of Service

2

3       I hereby certify that on October 20, 2005, I served a true and correct copy of Stipulation Re:

4   Date and Time of Hearing on Plaintiffs' Motion for Attorneys' Fees and Costs via U.S. Mail,

5   postage-paid, addressed as follows:

6

7   Andrew A. Smith
    United States Department of Justice
8   c/o United States Attorneys Office
    201 Third Street, N.W., Suite 900
9   Albuquerque, NM 87102
    (505) 224-1468

10

11

12

13   _____
     Marisela Taylor
14   Western Environmental Law Center

15

16

17

18

19

20

21

22

23

24

25

26

27   3 - Stipulation and [Proposed] Order re: Hearing Date and Time - C-01-0728-MJJ (EMC)